1  **RICHARD P. BERMAN #55462**
   Attorney at Law
2  2333 MERCED STREET
   FRESNO, CA 93721
3  PHONE (559) 438-7425
   FAX (559) 233-6947
4
5  ATTORNEY FOR  Defendant, FRANCIS AUSTIN O'BRIEN

FILED

2005 MAY 16 A 11: 10

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
      DEPUTY

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  * * * * * * * *

11  UNITED STATES OF AMERICA,        Case No.: CRF-03-5441-AWI

12       Plaintiff,              **EX PARTE APPLICATION AND ORDER
                                                 TO FILE DOCUMENTS IN SUPPORT
13  vs.                               OF MOTION TO DETERMINE
                                                 INCOMPETENCY OF DEFENDANT
14  RUBEN GOMEZ ARROYO and              UNDER SEAL**
   FRANCIS AUSTIN O'BRIEN,
15                                   DATE: May 16, 2005
     Defendants.               TIME: 9:00 a.m.
16                                   DEPT: Hon. ANTHONY W. ISHII

17  TO THE HONORABLE ANTHONY W. ISHII, JUDGE OF ABOVE-ENTITLED COURT:

18      Defendant moves this Court for an order authorizing the

19  filing of the documents in support of the Motion to Determine

20  Incompetency of Defendant under seal.  This motion is based upon

21  matters which are confidential and contain personal medical and

22  psychological information in nature as to Defendant, FRANCIS A.

23  O'BRIEN.  Defendant therefore requests that this Court seal

24  ///

25  ///

26  ///

27  ///

28  ///

1 | documents in support of the Motion to Determine Incompetency of
2 | Defendant.
3 | Dated: May 16, 2005.        Respectfully submitted,
4 |                             LAW OFFICE OF RICHARD P. BERMAN
5 |
6 |                             By _____
7 |                                RICHARD P. BERMAN
                                   Attorney for Defendant,
                                   FRANCIS A. O'BRIEN
8 |
9 |                             **ORDER**
10 | GOOD CAUSE APPEARING THEREFORE,
11 | **IT IS HEREBY ORDERED** that defense counsel, Richard P.
12 | Berman's, documents in support of the motion to determine
13 | incompetency of defendant shall be filed under seal until further
14 | order of this Court.
15 | IT IS SO ORDERED:
16 | Dated: May 16, 2005.
17 |
18 |
19 |                             _____
                                ANTHONY W. ISHII
                                U.S. District Court Judge

2

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |

STATE OF CALIFORNIA,
COUNTY OF FRESNO:

   I am employed in the County of Fresno, State of California.

   I am over the age of 18 and not a party to the within action; my business address is 2333 Merced Street, Fresno, CA 93721.

   On May 16, 2005, I served the foregoing document described as: **(1) EX PARTE APPLICATION AND ORDER TO FILE DOCUMENTS IN SUPPORT OF MOTION TO DETERMINE INCOMPETENCY OF DEFENDANT UNDER SEAL AND (2) EXHIBIT "A"** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

LAUREL MONTOYA, ESQ.
Assistant United States Attorney
United States Attorney's Office
1130 "O" Street, Room 3654
Fresno, California  93721


[]   BY MAIL

   I deposited such envelope in the mail at Fresno, California, with postage thereon fully prepaid.

[XX]   BY PERSONAL SERVICE

   I delivered such envelope by hand to the offices of the addressees.

   Executed on May 16, 2005, at Fresno, California.

[X]   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
RICHARD P. BERMAN