(SPACE BELOW FOR FILING STAMP ONLY)

RICHARD P. BERMAN #55462
Attorney at Law
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, FRANCIS AUSTIN O'BRIEN

FILED
2005 JUN 13 P 2:55
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CRF-03-5441-AWI |
| Plaintiff, | ORDER |
| vs. | |
| FRANCIS AUSTIN O'BRIEN, et al., | |
| Defendants. | |

The Court, having been presented evidence establishing reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent pursuant to 18 U.S.C. section 4241, and upon agreement by the parties;

**IT IS HEREBY ORDERED** that Howard B. Terrell, M.D., 724 Medical Center Drive East, Suite 102, Clovis, California 93611; (559) 297-6801, is appointed by this Court to conduct a mental examination on the Defendant and issue a report to the Court and the parties pursuant to 18 U.S.C. section 4241, et seq., specifically including 18 U.S.C. sections 4247(b) and (c);

///

1 **IT IS FURTHER ORDERED** that counsel for Defendant make
2 arrangements for the examination directly with Dr. Terrell's
3 office as soon as possible and that Dr. Terrell notify the court
4 and parties when the his report may reasonably be expected.
5     Defendant shall cooperate with all reasonable requests of
6 Dr. Terrell.
7 APPROVED AS TO FORM
  AND CONTENT:
8
  DATED: June 10       , 2005.
9
  McGREGOR W. SCOTT
10 United States Attorney
11
12 By _____
13   LAUREL MONTOYA
    Assistant U.S. Attorney
14
15   DATED: 6-13-05
16
17
                              ANTHONY W. ISHII
18                               Judge, U.S. District Court
19
20
21
22
23
24
25
26
27
28