McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. NO. 03-5441 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | HEARING |
| v. | ) | |
| | ) | |
| FRANCIS AUSTIN O'BRIEN, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

        The parties herein, through their respective counsel, hereby agree and stipulate that the

hearing currently set for December 8, 2005 at 10 a.m. be continued to January 30,  2006 at 1:30

p.m.

        Pursuant to 18 U.S.C. §3161(h)(i)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i), we would ask

that exclusion of time be granted

DATED: December ___, 2005                    McGREGOR W. SCOTT
                                             United States Attorney

                                             By        /s/

                                             LAUREL J. MONTOYA
                                             Assistant U.S. Attorney


DATED: December___, 2005                     _____/s/_____
                                             RICHARD P. BERMAN
                                             Attorney for Francis O'brien

1

ORDER

2

      IT IS HEREBY ORDERED THAT the hearing date currently set for December 8, 2005 at

3

10 a.m. be continued to January 30,  2006 at 1:30 p.m.

4

5

IT IS SO ORDERED.

6

**Dated:    December 2, 2005**                        **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28