1 | McGREGOR W. SCOTT
United States Attorney
2 | LAUREL J. MONTOYA
Assistant U.S. Attorney
3 | Rm. 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:03-cr-00-5441 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | MOTIONS HEARING AND |
| | ) | ORDER THEREON |
| FRANCIS AUSTIN O'BRIEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/status conference hearing currently set for **June 12, 2006** may be continued to **July 31, 2006 at 9:00 a.m.**  Additionally, the parties are requesting that the following briefing schedule be set:

Response to be filed by July 17, 2006;

Reply to be filed by July 24, 2006;

This request is being made due to the government needing additional time to complete the response resulting from calendar conflicts. The parties have conferred about discovery issues and the additional time will be beneficial to the parties. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need

//

//

1

1 | for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§
2 | 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: June 7, 2006                                McGREGOR W. SCOTT
                                                   United States Attorney


                                                   By: /s/ Laurel J. Montoya
                                                   LAUREL J. MONTOYA
                                                   Assistant U.S. Attorney


Dated: June 7, 2006                                 /s/ Eric K. Fogderude
                                                   ERIC K. FOGDERUDE
                                                   Attorney for the Defendant


ORDER CONTINUING HEARING DATE

    IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   June 9, 2006**                            /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE