```
Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone (559) 431-9710
Facsimile (559) 431-4108
```

Attorney for Defendant, FRANCIS AUSTIN O'BRIEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 03-5441 AWI |
| )  Plaintiff, ) | STIPULATION REGARDING PROTECTIVE ORDER AND ORDER |
| vs. ) | |
| FRANCIS AUSTIN O'BRIEN ) | |
| )  Defendant. ) | |
| _____) | |

The parties to this action, by and through their respective counsel, stipulate and agree as follows:

1. Supplemental documentation in support of and in opposition to the Defendant's pending motion to determine Incompetency has or will be filed by the parties in this action.

2. Said documentation may include privileged, confidential and federally protected medical and psychological records and reports of Defendant Francis Austin O'Brien.

3. Disclosure by either party will implicate the privacy interest of Defendant Francis O'Brien.

4. Therefore, the government's attorney and defense counsel,

---

U.S. vs. O'Brien, et al.                                    Stipulation Re Protective Order & Order
Case No. 03-5441 AWI

1 including but not limited to their respective counsel's staff,
2 investigators, and outside assistants, shall not disclose the
3 contents of the above referenced documents filed by the parties
4 except as necessary for investigative work for the prosecution or
5 for the presentation of defenses in this case or without further
6 order of court.
7      5. The documents filed with the Court in connection with the
8 pending motion to Determine Incompetency in this case shall remain
9 sealed from the general public.

                                McGregor W. Scott
                                US Attorney

Dated: March 29, 2007           /s/ Laurel Montoya
                                Laurel Montoya,
                                Assist. US Attorney


Dated: March 29, 2007           FLETCHER & FOGDERUDE, INC.


                                /s/ Eric K. Fogderude
                                Eric K. Fogderude, Attorney for
                                Defendant, FRANCIS AUSTIN O'BRIEN

24 ///
25 ///
26 ///
27 ///
28 ///

**ORDER**

Pursuant to the stipulation of the parties set forth above, IT IS HEREBY ORDERED:

1. The government's attorney and defense counsel, including but not limited to their respective counsel's staff, investigators, and outside assistants, shall not disclose the contents of the medical and psychiatric records of Defendant FRANCIS AUSTIN O'BRIEN filed except as necessary for investigative work for the prosecution or presentation of defenses in this case or without further order of court.

2. The documents filed with the Court in connection with the medical and psychiatric records of Defendant FRANCIS AUSTIN O'BRIEN in this case shall remain sealed from the general public.

IT IS SO ORDERED.

**Dated:   March 30, 2007**                        /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE