1  Eric K. Fogderude, #070860
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone: (559) 431-9710
4  Facsimile: (559) 431-4108
   E-Mail: efogderude1@yahoo.com
5
   Attorney for Defendant, FRANCIS AUSTIN O'BRIEN
6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CASE NO. 03-5441 AWI
                                  )
12          Plaintiff,             )
                                  )   STIPULATION AND ORDER FOR A
13 vs.                            )   RESETTING OF MOTION
                                  )   HEARING
14 FRANCIS AUSTIN O'BRIEN         )
                                  )   DATE: April 16, 2007
15          Defendants.            )   TIME: 9:00 a.m.
   _____  )   Judge: Honorable Anthony W. Ishii
16

17

18     IT IS HEREBY STIPULATED by and between the parties that the

19 motion  hearing for Defendant, FRANCIS AUSTIN O'BRIEN,

20 currently set for April 16, 2007, be continued to October 15,

21 2007, at 9:00 a.m.

22     The reason for this continuance is to allow counsel

23 additional time for defense and government to file supplemental

24 pleadings.

25     The Defendant shall be entitled to file any additional

26 supplemental reports or documentation in support of motions on or

27 before August 1, 2007, the Government shall file any opposition to

28 motions on or before September 15, 2007 and the Defendant shall

   file any reply brief on or before October 1, 2007.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: April 12, 2007   /s/ Eric K. Fogderude
                        ERIC K. FOGDERUDE, Attorney for Defendant
                        FRANCIS AUSTIN O'BRIEN

DATED: April 12, 2007   /s/ Laurel J. Montoya
                        LAUREL J. MONTOYA, Assistant U.S.
                        Attorney

**ORDER**

IT IS HEREBY ORDERED that the motion hearing on the above-entitled matter be continued to October 15, 2007, at 9:00 a.m. before the Honorable Anthony W. Ishii. It is further ordered that supplemental reports or documentation shall be due on August 1, 2007, and Government's reply shall be due on September 15, 2007.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B).

IT IS SO ORDERED.

**Dated:   April 13, 2007**                    **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE