IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 03-5441 AWI |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR A |
| vs. ) | RESETTING OF MOTION |
| ) | HEARING |
| FRANCIS AUSTIN O'BRIEN ) | |
| ) | DATE: October 15, 2007 |
| Defendants. ) | TIME: 9:00 a.m. |
| _____ ) | Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties that the motion hearing for Defendant, FRANCIS AUSTIN O'BRIEN, currently set for October 15, 2007, be continued to December 3, 2007, at 9:00 a.m.

The reason for this continuance is to allow counsel time to secure a certified copy of the death certificate from the Kern County Coroner's office. The Kern County Coroner's office has advised the defense investigator that it will take several more weeks before the copy will be provided.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: October 10, 2007   /s/ Eric K. Fogderude
                          ERIC K. FOGDERUDE, Attorney for Defendant
                          FRANCIS AUSTIN O'BRIEN

DATED: October 10, 2007   /s/ Laurel J. Montoya
                          LAUREL J. MONTOYA, Assistant U.S.
                          Attorney

**ORDER**

IT IS HEREBY ORDERED that the motion hearing on the above-entitled matter be continued to December 3, 2007, at 9:00 a.m. in Courtroom No. 2.

IT IS SO ORDERED.

**Dated:   October 10, 2007**              /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE