```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Courthouse
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   NO: 1:03-cr-05441-AWI
                                 )
12                  Plaintiff,   )   REQUEST BY THE UNITED STATES
                                 )   FOR DISMISSAL OF INDICTMENT
13             v.                )   [Fed.R.Crim.Proc. 48(a)]
                                 )
14  FRANCIS AUSTIN O'BRIEN,      )
                                 )
15                               )
                                 )
16                  Defendant.   )
    _____)
17
18       Comes now the United States, by and through its attorneys of
19  record, McGREGOR W. SCOTT, United States Attorney, and LAUREL J.
20  MONTOYA, Assistant United States Attorney, and request leave of
21  the Court to dismiss the Indictment in this case, as to the
22  above-named defendant, in the interest of justice.  The defendant
23  //
24  //
25  //
26  //
27  //
28  //
```

1

1 | is deceased and a copy of his death certificate which was
2 | provided by his counsel, Eric Fogderude, is attached.
3 | DATED: November 5, 2007                    Respectfully submitted,
4 |                                            McGREGOR W. SCOTT
  |                                            United States Attorney
5 |
6 |                                      By:   /s/ Laurel J. Montoya
  |                                            LAUREL J. MONTOYA
7 |                                            Assistant U.S. Attorney
8 |
9 |                          **ORDER**
10| IT IS SO ORDERED.
11| **Dated:   November 7, 2007**              **/s/ Anthony W. Ishii**
  |                                            UNITED STATES DISTRICT JUDGE

2