```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 1:03-CR-5441 AWI |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| **FRANCIS AUSTIN O'BRIEN** | ) | NOTE AND COPY OF DEED OF |
| | ) | TRUST AND PASSPORT |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having been dismissed;

IT IS HEREBY ORDERED that the Note, if any, and the copy of the Deed of Trust and the Passport posted in this matter be returned to the surety.

Deed No.:       0205086434

Receipt No.:    None

Passport No.:   036385661

Receipt No.:    100-198465

IT IS SO ORDERED.

Dated:   January 23, 2008             /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE